UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| CARL ANTHONY TUCKER | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:06-cv-282 |
| | ) | *Phillips* |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 was dismissed as time-barred. Petitioner filed a motion to reconsider, which was denied. He then filed a notice of appeal, and the Sixth Circuit denied a certificate of appealability as to all issues. Petitioner has now filed a motion for relief from judgment [Court File No. 8], which is **DENIED**.

**E N T E R:**

                                                  s/ Thomas W. Phillips
                                                United States District Judge